
**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | No. 14-30135 |
| Plaintiff - Appellee, | D.C. No. 4:13-cr-00065-BMM-5 |
| v. | |
| KATHERYN ELIZABETH SHERMAN, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Montana
Brian M. Morris, District Judge, Presiding

Submitted August 31, 2015[**]
Seattle, Washington

Before: GOODWIN, GOULD, and IKUTA, Circuit Judges.

Katheryn Elizabeth Sherman appeals her sentence on her conviction,

pursuant to a guilty plea, for conspiracy to submit false claims against the United

States in violation of 18 U.S.C. § 286.

---

[*] This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Sherman's attorney has moved to withdraw pursuant to *Anders v. California*, 386 U.S. 738 (1967), asserting that there are no non-frivolous grounds to appeal. Sherman filed a pro se supplemental brief. The government filed no answer brief.

Because our independent review of the record indicates that the plea agreement, including the waiver of the right to appeal, was entered knowingly and voluntarily, *United States v. Aguilar-Muniz*, 156 F.3d 974, 976 (9th Cir.1998), we enforce the waiver, GRANT counsel's motion to withdraw, and DISMISS the appeal.

**DISMISSED.**